BEFORE THE SECOND DIVISION, DECEMBER 6, 1967

**No. P67/428.**—American Rieter Co., Inc., et al. *v.* United States, protests 64/2283, etc. (New York).

FORD, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of drawtwister machines, dedicated to use on or with such machines, similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division,* and *Alltransport, Inc., et al.* v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 56 Cust. Ct. 880, Abstract 69811), the claim of the plaintiffs was sustained.